**Order entered March 20, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00856-CV

## THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant

## V.

## ANGELA HORTON AND KEVIN HOUSER, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-06507

### ORDER

Before the Court is appellees' March 18, 2020 unopposed third motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **March 26, 2020**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE